No. 108. STATE TRUST & SAVINGS BANK *v.* DUNN, TRUSTEE. Argued January 9, 1929. Decided January 14, 1929. *Per Curiam:* Reversed for the reason that there is no federal jurisdiction over the cause. *Wood* v. *Wilbert,* 226 U. S. 384; *Weidhorn* v. *Levy,* 253 U. S. 268; *Taubel-Scott-Kitzmiller Co.* v. *Fox,* 266 U. S. 426. *Mr. Webster Atwell* for petitioner. *Mr. W. F. Rutledge, Jr.,* also appeared. No appearance for respondent.

No. 160. VIRGINIAN RY. CO. *v.* KIRK. Argued January 11 and 14, 1929. Decided January 21, 1929. *Per Curiam:* The Court finds that the writ of certiorari heretofore issued in this case was improvidently granted, and it is dismissed. *Mr. Homer T. Hall,* with whom *Mr. W. H. T. Loyall* was on the brief, for petitioner. *Mr. John R. Pendleton,* with whom *Mr. Wm. Cody Fletcher* was on the brief, for respondent.